**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2800**

---

TINA D. SHAVER, Owner of Kwik Check Carry Out,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg. Charles H. Haden II, Chief District Judge. (CA-96-131-6)

---

Submitted:  March 17, 1998          Decided:  April 29, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William B. Richardson, Jr., Robert D. Campbell, RICHARDSON & RICHARDSON, Parkersburg, West Virginia, for Appellant. Rebecca A. Betts, United States Attorney, Gary L. Call, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tina Shaver appeals the district court's order granting the Government's motion for summary judgment in this action challenging the Department of Agriculture's order permanently disqualifying Shaver and Kwik Check Carry Out from participation in the food stamp program. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Shaver v. United States</u>, No. CA-96-131-6 (S.D.W. Va. Oct. 24, 1996). We grant Shaver's unopposed motion to submit the case on the briefs without oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2